UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ruth Hlavka,

Plaintiff,

v.

**STIPULATION AND ORDER FOR DISMISSAL**

Best Care, Inc.,

Defendants.

Court File No. 02-803 (MJD/JGL)

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants, through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed upon the merits with prejudice and without costs to either party. The Court may enter judgment herein dismissing the action accordingly.

Dated: 5/15/03

NICHOLS KASTER & ANDERSON, PLLP

John A. Fabian (#13482X)
Attorneys for Plaintiff
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

Dated: 5/16/03

WILLIAM J. EGAN, PLC

William J. Egan (#166029)
Attorneys for Defendants
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424

JUN 05 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 05 2003
DEPUTY CLERK

Telephone: (952) 836-2770

**ORDER**

Based upon the stipulation of the parties of record, herein, through respective counsel, this action shall be and hereby is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 6-4-03

BY THE COURT:

Michael J. [signature]

The ~~Hon. Jonathan G. Lebedoff~~
M~~agistrate Judge of District Court~~
Judge of District Court