AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Ruth Hlavka

V.

Best Care, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-803 DSD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based upon the stipulation of the parties of record, herein, through respective counsel, this action shall be and hereby is dismissed with prejudice.

June 5, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03